# United States District Court

## District of Maryland

U.S. DISTRICT COURT DISTRICT OF MARYLAND
2008 APR 21 P 3:48
CLERK'S OFFICE AT BALTIMORE

UNITED STATES OF AMERICA

v.

KIRK BROWN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** with Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: JFM-01-0291
USM Number: 34739-037
Defendant's Attorney: JOSEPH A. BALDER, AFPD
Assistant U.S. Attorney: CHERYL CRUMPTON

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions(s) statutory condition #1 & Standard condition #2 of the term of supervision.
[ ] was found in violation of condition(s) __________ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Statutory Condition #1 | Shall not commit any federal, state, or local law | 2/22/07 and 3/6/07 |
| Standard Condition #2 | Failed to report to probation officer as required | 3/16/07 and 4/3/2007 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

[X] Supervised release is revoked.
[ ] The defendant has not violated condition(s) __________ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

4/21/2008
Date of Imposition of Judgment

SCANNED

J. FREDERICK MOTZ
U.S. DISTRICT JUDGE

4/21/08
Date

Name of Court Reporter: Martin Giordano

c/ USM 4/22/08

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ a.m./p.m. on ____________________.
☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

☐ before 2 p.m. on ____________________.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________ to __________________________ at ____________________ ________________________________________________, with a certified copy of this judgment.

______________________________________
UNITED STATES MARSHAL

By: ______________________________________
DEPUTY U.S. MARSHAL